IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK and
SETH CALAGNA                                                                                            PLAINTIFFS

VS.                                        CASE NO. 08-CV-4113

BERNIE LAZAR HOFFMAN a/ka/
TONY ALAMO                                                                                              DEFENDANT

## ORDER

    Before the Court is a Motion to Dismiss or Strike References to Religion and to Dismiss Count Three on Tort of Outrage, which was filed by Defendant Bernie Lazar Hoffman a/k/a Tony Alamo. (Doc. 4). Plaintiffs have responded. (Docs. 8). For reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant Bernie Lazar Hoffman a/k/a Tony Alamo's Motion to Dismiss or Strike References to Religion and to Dismiss Count Three on Tort of Outrage should be and hereby is **DENIED**.

    IT IS SO ORDERED, this 30th day of September, 2009.

                                                                                 /s/ Harry F. Barnes
                                                        Hon. Harry F. Barnes
                                                        United States District Judge