Case 4:08-cv-04113-BAB   Document 61   Filed 06/02/11   Page 1 of 30 PageID #: 194

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 0 2 2011

CHRIS R. JOHNSON, CLERK
BY
          DEPUTY CLERK

## VERDICT FORM - 1

We, the jury, find in favor of Spencer Ondrisek on his claim for battery and against Tony Alamo.

Dated this _2_ day of _June_, 2011.

Signature Redacted
Foreperson

We, the jury, find in favor of Tony Alamo on the claim for battery asserted by Spencer Ondrisek.

Dated this _____ day of _____, 2011.

_____
Foreperson

## VERDICT FORM - 2

We, the jury, find in favor of Seth Calagna on his claim for battery and against Tony Alamo:

Dated this  2  day of  June  , 2011.

*Signature Redacted*
Foreperson

We, the jury, find in favor of Tony Alamo on the claim for battery asserted by Seth Calagna.

Dated this _____ day of _____, 2011.

_____
Foreperson

VERDICT FORM - 3

We, the jury, find in favor of Spencer Ondrisek on his claim of outrage and against Tony Alamo.

Dated this __2__ day of __June__, 2011.

_Signature Redacted_
Foreperson

We, the jury, find in favor of Tony Alamo on the claim of outrage asserted by Spencer Ondrisek.

Dated this _____ day of _____, 2011.

_____
Foreperson

VERDICT FORM - 4

We, the jury, find in favor of Seth Calagna on his claim of outrage and against Tony Alamo.

Dated this __2__ day of __June__ , 2011.

Signature Redacted
Foreperson

We, the jury, find in favor of Tony Alamo on the claim of outrage asserted by Seth Calagna.

Dated this _____ day of _____, 2011.

_____
Foreperson

**If you found in favor of Spencer Ondrisek on either his claim of battery (Verdict Form 1) or outrage (Verdict Form 3), Please answer the following:**

VERDICT FORM - 5

We, the jury, find in favor of Spencer Ondrisek on his claim for conspiracy and against Tony Alamo.

Dated this __2__ day of __June__ , 2011.

Signature Redacted

Foreperson

We, the jury, find in favor of Tony Alamo on the claim for conspiracy asserted by Spencer Ondrisek.

Dated this _____ day of _____, 2011.

_____
Foreperson

**If you found in favor of Seth Calagna on either his claim of battery (Verdict Form 2) or outrage (Verdict Form 4), Please answer the following:**

<u>VERDICT FORM - 6</u>

 We, the jury, find in favor of Seth Calagna on his claim for conspiracy and against Tony Alamo.

 Dated this __2__ day of __June__ ____, 2011.

           Signature Redacted

 We, the jury, find in favor of Tony Alamo on the claim for conspiracy asserted by Seth Calagna.

 Dated this _____ day of _____, 2011.

           _____
           Foreperson

**If you found in favor of Spencer Ondrisek on his claim of battery (Verdict Form 1), outrage (Verdict Form 3), or conspiracy (Verdict Form 5), Please answer the following:**

<u>VERDICT FORM - 7</u>

We assess damages as follows for Spencer Ondrisek and against Tony Alamo for physical pain and suffering experienced in the past and reasonably certain to be experienced in the future and for mental anguish experienced in the past and reasonably certain to be experienced in the future:

$ _3,000,000.00_

Dated this _2_ day of _June_ _____, 2011.

Signature Redacted
Foreperson

**If you found in favor of Seth Calagna on his claim of battery (Verdict Form 2), outrage (Verdict Form 4), or conspiracy (Verdict Form 6), Please answer the following:**

### VERDICT FORM - 8

We assess damages as follows for Seth Calagna and against Tony Alamo for physical pain and suffering experienced in the past and reasonably certain to be experienced in the future and for mental anguish experienced in the past and reasonably certain to be experienced in the future:

$ 3,000,000

Dated this 2 day of June, 2011.

Signature Redacted

Foreperson

**If you awarded compensatory damages to Spencer Ondrisek (Verdict Form 7), Please answer the following:**

VERDICT FORM - 9

We, the jury, assess punitive damages against Tony Alamo and in favor of Spencer Ondrisek in the sum of:

$ 30,000,000.00

Dated this 2 day of June, 2011.

Signature Redacted
Foreperson

We, the jury, do not assess punitive damages against Tony Alamo and in favor of Spencer Ondrisek.

Dated this _____ day of _____, 2011.

_____
Foreperson

**If you awarded compensatory damages to Seth Calagna (Verdict Form 8), Please answer the following:**

## VERDICT FORM - 10

We, the jury, assess punitive damages against Tony Alamo and in favor of Seth Calagna in the sum of:

$ 30,000,000.00

Dated this 2 day of June, 2011.

Signature Redacted
Foreperson

We, the jury, do not assess punitive damages against Tony Alamo and in favor of Seth Calagna.

Dated this _____ day of _____, 2011.

_____
Foreperson