IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| SPENCER ONDRISEK AND § <br> SETH CALAGNA § <br>         PLAINTIFFS § <br> § <br> vs. § <br> § <br> BERNIE LAZAR HOFFMAN a/k/a § <br> TONY ALAMO § <br>         DEFENDANT § | Civil Action No. 4:08CV4113 <br> (Jury) |

## FINAL JUDGMENT

On the 31st day of May 2011, the trial of this case began. Plaintiffs, Spencer Ondrisek and Seth Calagna, appeared in person and through their attorney, W. David Carter, and announced ready for trial. Defendant, Tony Alamo, appeared through his designated representative, Sharon Alamo, and through his attorney, John Wesley Hall, Jr., and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then empaneled and swore in the jury, which heard the evidence and arguments of counsel. On June 2, 2011, the Court submitted questions, definitions and instructions to the jury. In response, the jury made findings that the Court received, filed and entered a record. Plaintiffs move for entry of judgment on the verdict. The Court considered the motion and renders judgment for the Plaintiffs.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff, Spencer Ondrisek, recover the sum of three million dollars in actual damages and thirty million dollars in punitive damages, and his costs for Court from Defendant, Tony Alamo.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff, Seth Calagna, recover the sum of three million dollars in actual damages and thirty million dollars in punitive

damages, and his costs for Court from Defendant, Tony Alamo.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the total amount of damages awarded Plaintiffs herein is sixty-six million dollars.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that post-judgment interest is payable on all the above amounts allowable by law at the rate of 0.19%, from the date this judgment is entered until the date this judgment is paid.

The Court further Orders execution to issue for this judgment.

The Court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT.

ENTERED this 30th day of June, 2011.

_____
Honorable Barry A. Bryant
U.S. Magistrate Judge

APPROVED:

_____
W. David Carter
Attorney for Plaintiffs

_____
John Wesley Hall, Jr.
Attorney for Defendant

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 3 0 2011

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK