IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SPENCER ONDRISEK AND | § | |
| SETH CALAGNA | § | |
|     PLAINTIFFS | § | |
| | § | |
| | § | Civil Action No. 4:08CV4113 |
| vs. | § | (Jury) |
| | § | |
| BERNIE LAZAR HOFFMAN a/k/a | § | |
| TONY ALAMO | § | |
|     DEFENDANT | § | |

## JOINT MOTION TO ESTABLISH DEADLINE FOR POST-TRIAL MOTIONS

COME NOW Plaintiffs Spencer Ondrisek and Seth Calagna and Defendant Bernie Lazar Hoffman a/k/a Tony Alamo and file this Joint Motion to Establish Deadline for Post-Trial Motions, and in support would show unto the Court as follows:

I.

The Court entered a Final Judgment in this cause on June 30, 2011.

II.

The parties hereby agree to establish a deadline for filing post-trial motions. The agreed deadline is August 9, 2011.

III.

The parties agree that the time for filing a notice of appeal on the Final Judgment and post-trial motions runs from the date of the Order disposing of post-trial motions.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant respectfully request that the Court grant this Joint Motion to Establish Deadline for Post-Trial Motions, and for any and all other relief to which Plaintiffs and Defendant may be entitled.

July 11, 2011

Respectfully submitted,

*/s/ W. David Carter*
W. David Carter, ASB No. 85025
MERCY ✯ CARTER ✯ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
(903) 794-9419 - Telephone
(903) 794-1268 - Facsimile
wdcarter@texarkanalawyers.com

ATTORNEYS FOR PLAINTIFFS SPENCER ONDRISEK AND SETH CALAGNA


*/s/ John Wesley Hall*
[by W. David Carter w/permission]
ASB No. 73047
1202 Main Street, Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 - Telephone
(501) 378-0888 - Facsimile
ForHall@aol.com

ATTORNEY FOR DEFENDANT BERNIE LAZAR HOFFMAN A/K/A TONY ALAMO