IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK and                                                              PLAINTIFFS
SETH CALAGNA

vs.                                         Civil No. 4:08-cv-04113

BERNIE LAZAR HOFFMAN a/k/a                                                         DEFENDANT
TONY ALAMO

### AMENDED FINAL JUDGMENT

On the 30th day of June 2011, this Court entered a Final Judgment in favor of Plaintiffs Spencer Ondrisek and Seth Calagna and against Defendant Bernie Lazar Hoffman a/k/a Tony Alamo. ECF No. 62. Defendant appealed that Final Judgment to the United States Court of Appeals for the Eighth Circuit. Thereafter, on October 1, 2012, the Eighth Circuit Court of Appeals entered its Opinion, which affirmed the Final Judgment entered by this Court in all regards, except that the punitive damages award was reversed and remanded to this Court for an entry of judgment reducing the amount of punitive damages from Thirty Million Dollars for each Plaintiff to Twelve Million Dollars for each Plaintiff. ECF No. 81. The Eighth Circuit Court of Appeals has now entered its Mandate, and this Court hereby enters this Amended Final Judgment in accordance with the directives of the Eighth Circuit Court of Appeals. *Id.*

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff Spencer Ondrisek recover the sum of Three Million Dollars in actual damages and Twelve Million Dollars in punitive damages, and his costs for court from Defendant Bernie Lazar Hoffman a/k/a Tony Alamo.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Seth Calagna recover the sum of Three Million Dollars in actual damages and Twelve Million Dollars in punitive

damages, and his costs for court from Defendant Bernie Lazar Hoffman a/k/a Tony Alamo.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the total amount of damages awarded to Plaintiffs herein is Thirty Million Dollars.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that post-judgment interest is payable on all the above amounts allowable by law at the rate of zero point nineteen percent (0.19%) from the 30th day of June 2011 until the date this judgment is paid.

The Court further orders execution to issue for this judgment.

The Court denies all relief not granted in this Amended Final Judgment.

This is an AMENDED FINAL JUDGMENT.

**ENTERED this 5th day of December 2012.**

/s/   Barry A. Bryant  
HON. BARRY A. BRYANT  
U.S. MAGISTRATE JUDGE