IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK and                                                                                PLAINTIFFS
SETH CALAGNA

vs.                                                         Civil No. 4:08-cv-04113

BERNIE LAZAR HOFFMAN a/k/a                                                                    DEFENDANT
TONY ALAMO

## ORDER

Before the Court is Plaintiffs' Motion to Compel Compliance with Subpoena Duces Tecum. ECF No. 204.  With this Motion, Plaintiffs seek to compel Sharon Alamo to respond to a subpoena duces tecum which was served on her on January 10, 2013.  *Id.*  Sharon Alamo has not responded to Plaintiffs' Motion, and her time to respond has expired.  *See* Local Rule 7.2(b).  Considering this Motion (ECF No. 204), the Court finds it should be **GRANTED.**  Sharon Alamo has thirty (30) days from the date of this Order to provide the documents requested in Plaintiffs' subpoena duces tecum.

**ENTERED this 12th day of December 2013.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE