IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK and                                                                          PLAINTIFFS
SETH CALAGNA

vs.                                              Civil No. 4:08-cv-04113

BERNIE LAZAR HOFFMAN a/k/a                                                                    DEFENDANT
TONY ALAMO

## ORDER

Before the Court is Plaintiffs' Motion to Secure the Six Properties Subject to Writ of Execution.  ECF No. 231.  Having considered this Motion, the Court finds it should be **GRANTED.**

It is therefore **ORDERED** that Plaintiffs' Motion to Secure the Six Properties Subject to Writ of Execution is **GRANTED.**

Between now and the date of the auction of these properties, the U.S. Marshal's Office is ordered to secure the six properties described in the Writ of Execution (ECF No. 101-1) to prevent further removal of fixtures, any further waste, or any other damage to those properties.

**ENTERED this 18th day of December 2013.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

1