IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| SPENCER ONDRISEK and<br>SETH CALAGNA | PLAINTIFFS |
| vs.    Civil No. 4:08-cv-04113 | |
| BERNIE LAZAR HOFFMAN a/k/a<br>TONY ALAMO | DEFENDANT |

## ORDER

    Before the Court is Plaintiffs' Request for Second Writ of Execution. ECF No. 142. With this Motion, Plaintiffs did not attach any property records for the twelve properties in dispute. A hearing on this Second Writ of Execution is currently set for February 5, 2014. ECF No. 283. Considering this fact, the Court orders Plaintiffs to provide any and all property records (including records from the applicable county assessor's office) related to the twelve properties in dispute by **January 31, 2014.**

    **ENTERED this 15th day of January 2014.**

                                                              /s/   Barry A. Bryant
                                                              HON. BARRY A. BRYANT
                                                              U.S. MAGISTRATE JUDGE