IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK and                                                                      Plaintiffs
SETH CALAGNA

v.                                         Cause No. 4:08-cv-4113

BERNIE LAZAR HOFFMAN a/k/a                                                      Defendant
TONY ALAMO

**ORDER**

On November 7, 2013, this Court entered an Amended Memorandum Order (ECF No. 200) concerning the ownership and sale of certain properties located in Sebastian County, Arkansas. The Court hereby enters this Order clarifying certain aspects of that Amended Memorandum Opinion.

Farmers Bank holds an outstanding mortgage on 800 South Fourth Street, Fort Smith, Sebastian County, Arkansas (warehouse). The outstanding balance owed on that mortgage as of January 22, 2014 is $230,632.91.

Farmers Bank is entitled to credit bid on this property up to the amount of the outstanding balance owed its mortgage.

The Court further ORDERS that the scheduled sale of the following properties is hereby postponed until further order of the Court:

1.  4301 Windsor Drive, Fort Smith, Arkansas

2.  4401 Windsor Drive, Fort Smith, Arkansas

3.  601 North 17th Street, Fort Smith, Arkansas

4.  602 North 16th Street, Fort Smith, Arkansas

The Marshals conducting the sale of the remaining properties on January 22, 2014 are ordered to secure names addresses and telephone numbers of persons present at the sale who

express interest in bidding on the four properties so that actual notice can be provided when the sale of those properties is rescheduled.

It is further **ORDERED** that the U.S. Marshal proceed with the scheduled sale of the following properties on January 22, 2014, as previously ordered by the Court.

1. 800 South Fourth Street, Fort Smith, Arkansas

2. 120 North 16th Street, Fort Smith, Arkansas

**SIGNED this 21st day of January 2014.**

                                                         /s/ Barry A. Bryant  
                                                         U.S. Magistrate Judge