IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK and                                                                PLAINTIFFS
SETH CALAGNA

vs.                                           Civil No. 4:08-cv-04113

BERNIE LAZAR HOFFMAN a/k/a                                                          DEFENDANT
TONY ALAMO

## AMENDED ORDER FOR SALE OF CERTAIN PROPERTIES

Before the Court is Plaintiffs' Amended Motion for Sale of Certain Properties. ECF No. 330. This Motion seeks to correct errors in prior property descriptions. These properties have previously been ordered sold. Upon consideration, the Court finds that said motion should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion for Sale of Certain Properties is hereby granted.

**IT IS FURTHER ORDERED** that the U.S. Marshal's Office shall immediately advertise and sell the following properties in accordance with Ark. Code Ann. §§ 16-66-401 to 16-66-507:

> 602 North 16th Street, Fort Smith, Arkansas
> TRACT 1: Lot One (1) and the South or Southeast Fifteen (15) feet of Lot 2 in Block Thirty-four (34) in Fitzgerald Addition to the City of Fort Smith, Arkansas.
>
> 601 North 17th Street, Fort Smith, Arkansas
> TRACT 3: Lot Twelve (12) and the Southwest One (1) foot of Lot Eleven (11), adjoining said Lot 12 in Block Thirty-four (34), Fitzgerald Addition to the City of Fort Smith, Arkansas. Being a part of Section 16, in Township 8 North, Range 32 West.

**ENTERED this 9th day of April 2014.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE