IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK and                                                                     PLAINTIFFS
SETH CALAGNA

vs.                                   Civil No. 4:08-cv-04113

BERNIE LAZAR HOFFMAN a/k/a                                                               DEFENDANT
TONY ALAMO

## FINAL ORDER

Consistent with the Memorandum Opinion entered on today's date, the Court finds the ownership claims made to the properties subject to the Second Writ of Execution (ECF Nos. 205-282) are not valid, and further finds Bernie Lazar Hoffman a/k/a Tony Alamo is the true owner to the properties subject to the Second Writ of Execution.  Accordingly, the U.S. Marshal is directed to sell the properties at issue in the Second Writ of Execution to satisfy the Final Judgment in this matter.

**ENTERED this 30th day of April 2014.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE