IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| SPENCER ONDRISEK and<br>SETH CALAGNA | PLAINTIFFS |
| vs.  Civil No. 4:08-cv-04113 | |
| BERNIE LAZAR HOFFMAN a/k/a<br>TONY ALAMO | DEFENDANT |

## ORDER

Plaintiffs have informed the Court that the following properties, which were previously ordered sold by the Court (ECF No. 357), have been voluntarily removed from the list of properties to be sold as part of these proceedings:

905 Locust Street, Texarkana, Arkansas
BEGINNING at the Southeast corner of Section B of JANE PEEK'S SUBDIVISION of Block 2 of Peek's Addition to the City of Texarkana, Miller County, Arkansas, being the Southeast corner of Block Two (2) of said Peek's Addition; THENCE: North 90 feet; THENCE: West 133 feet; THENCE: South 90 feet; THENCE: East 133 feet to the Point of Beginning. (Also commonly known as 905 Locust Street)

2101 Dudley Street, Texarkana, Arkansas
TRACT I:
A part of the NW 1/4 of the SE 1/4 of Sec. 29, T. 15 S., R. 28 W., Miller County, Arkansas and being more particularly described by the metes and bounds as follows: BEGINNING at an iron pipe in the North right of way line of Dudley Ave., said point being on the West boundary line of the NW 1/4 SE 1/4 of Sec. 29, T. 15 S., R. 28 W., Miller County, Arkansas, 30 ft. North of the Southwest corner of said NW-SE; THENCE- N. 00' 05' 56" E., said West boundary line, 268.1 ft.; THENCE-East, along a line 15 ft. South of the parallel to the South wall of existing brick storage building and its projections 119.4 ft. to an iron pipe at the back of concrete curbing on the West side of drive; THENCE-S 00' 05' 56" E. parallel to said West line of NW-SE 268.1 ft. to the North right of way line of Dudley Ave.; THENCE-S.89'32' 28" W., with said right of way line, 119.4 ft. to the Point of Beginning and containing .735 acres, more or less.
TRACT II:
A part of the NW 1/4 of the SE 1/4 of Sec. 29, T. 15 S., R. 28 W., Miller County, Arkansas and being more particularly described by the metes and bounds as follows: COMMENCING at a ½" iron pipe found in place on the North right-of-way line of

Dudley Avenue, said POINT OF COMMENCING being on the West boundary line of NW 1/4 of the SE 114 of Section 29, T.15 S., R 28 W., Miller County, Arkansas, 30.0 ft. North of the Southwest comer of said NW 1/4 SE 1/4, THENCE-N 89 degrees 49 minutes 42 sections E., 118.95 ft. with said North right-of-way line to a W' reinf. Steel found in place at the Southwest corner of Lot No.1 in Block No.1 of DOWD'S SUBDIVISION to the City of Texarkana, Miller County, Arkansas, plat of said Subdivision being recorded Vol. 179, Page 147 of the Plat Records of Miller County, Arkansas, said corner being on the East boundary line of certain 0.735 acre tract conveyed by Robert S. Dowd and wife, Mary W. Dowd to Red River Regional Council on Alcoholism by deed recorded Vol. 254, Page 61 of the Deed Records of Miller County, Arkansas; THENCE: N. 00 degrees 05 minutes 56 seconds E. 267.05 ft. with said West boundary line of said 0.735 acre tract to a 1" iron pipe found in place at the back of concrete curbing, same being the Northeast corner of said 0.735 acre tract, the POINT OF BEGINNING of the tract herein described:

THENCE: N 00 degrees 05 minutes 56 seconds E., 182.95 ft. with said West boundary line of Dowd's subdivision to a W' reinf. Steel set at the Northwest corner of Lot 1 in Block 1 of said Subdivision; THENCE: S 89 degrees 32 minutes 28 seconds W., 118.95 ft. with the projection of the North boundary line of said Dowd's Subdivision to a W' reinf. Steel rod for corner in the above mentioned West boundary line of the NW 1/4 SE 1/4; THENCE: S 00 degrees 05 minutes 56 sections W., 181.90 ft. with said West boundary line of a ½" reinf. Steel set for corner at the Northwest corner of the above mentioned 0.735 acre tract; THENCE: S 89 degrees 57 minutes 03 seconds E., passing at 0.30 ft. at ½" reinf. Steel set for offset corner in an existing fence line and continuing 118.65 ft. for a total distance of 118.95 ft. with the North boundary line of said 0.735 acre tract, same being 15.0 ft. South and parallel to the South edge of the existing concrete foundation of an old brick storage building to the POINT OF BEGINNING. The above described property being survey by Richard V. Hall, Jr. Contains 0.498 acres of land, more or less.

TRACT III:

All that certain tract of parcel of land being a part of the NW 1/4 of the SE 1/4 of Section 29, T. 15 S., R. 28 W., Texarkana, Miller County, Arkansas and being more particularly described by the metes and bounds as follows: BEGINNING at ½" reinf. Steel found in place at the Northwest corner of Lot No.1 in Block No.1 of DOWD's SUBDIVISION to the City of Texarkana, Miller County, Arkansas, plat of said subdivision being recorded in Volume 179, Page 147 of the Plat records of Miller County, Arkansas; THENCE - N 00' 05' 56" E, 200 ft. to ½" reinf. Steel found in place;THENCE-N. 89' 32' 28" E., 443.36 ft. parallel with the North boundary line of the above mentioned Lot No.1 in Block No.1 of Dowd's Subdivision to a ½" reinf. Steel found in place;THENCE N 00' 05' 56" E., 363.13 ft. to the South right of way line of the St. Louis Southwestern Railway, same being in the arc of a curve having a radius of 1668.87 ft. the radius point bears S. 08' 89' 57" W; THENCE-Westerly with said curve to the left a distance of 565.48 ft. through a central angle of 19' 24' 51" to a ½" reinf. Steel set in the West line of said NW 1/4 of the SE 1/4; THENCE- S 00' 03' 13" W., 559.24 ft. to a ½" reinf. Steel found in place; THENCE-N 89' 32' 28" E, 118.95 ft. to the Point of Beginning and containing 5.42 acres of land, more

or less.

Plaintiffs have elected not to proceed with the sale of these properties as part of these proceedings, and the U.S. Marshal Service is hereby relieved of any further responsibilities in connection with the above-described properties.

**ENTERED this 30th day of September 2014.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE