IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| SPENCER ONDRISEK and<br>SETH CALAGNA | PLAINTIFFS |
| vs.  Civil No. 4:08-cv-04113 | |
| BERNIE LAZAR HOFFMAN a/k/a<br>TONY ALAMO | DEFENDANT |

## ORDER

Plaintiffs have informed the Court that the following property, which was previously ordered sold by the Court (ECF No. 357), was voluntarily removed from the list of properties to be sold as part of these proceedings, as this property had been forfeited to the City of Fort Smith for non-payment of taxes:

> 301 S. 10th Street, Fort Smith, Arkansas
> Lots 1,2,3, and 4, Block 562, Reserve Addition to the City of Fort Smith, Sebastian County, Arkansas

Plaintiffs have further informed the Court that the following property, which was previously ordered sold by the Court (ECF No. 357), was not sold at the public sale conducted by the U.S. Marshal Service on September 30, 2014, as there were no bids submitted for this property:

> 3808 Park Avenue, Fort Smith, Arkansas
> Lot Three (3) in Block One (1) of L.B. Barry Addition to the City of Fort Smith, Sebastian County, Arkansas

The above-described properties were not sold as part of these proceedings, and the U.S. Marshal Service is hereby relieved of any further responsibilities in connection with these properties.

ENTERED this 6th day of October 2014.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE