IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK and                                                                PLAINTIFFS
SETH CALAGNA

vs.                                          Civil No. 4:08-cv-04113

BERNIE LAZAR HOFFMAN a/k/a                                                          DEFENDANT
TONY ALAMO

## ORDER

    Before the Court is Plaintiffs' Fourth Motion for a Writ of Execution. ECF No. 372. With this Motion, Plaintiffs seek to execute this Court's judgment on property located outside the Western District of Arkansas. *Id.* To enable the Court to fully consider this issue, Plaintiffs are directed to provide the Court within thirty (30) days of this Order supplemental briefing addressing this Court's power to execute its judgment outside Western District of Arkansas.

    **ENTERED this 13th day of May 2015.**

                                                 /s/   Barry A. Bryant
                                                 HON. BARRY A. BRYANT
                                                 U.S. MAGISTRATE JUDGE