IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK and                                                              PLAINTIFFS
SETH CALAGNA

vs.                                  Civil No. 4:08-cv-04113

BERNIE LAZAR HOFFMAN a/k/a                                                         DEFENDANT
TONY ALAMO

## ORDER

Plaintiffs have informed the Court that the following property, which had been previously ordered sold by the Court (ECF No. 357), was voluntarily removed from the list of properties sold as part of these proceedings:

> <u>560 W. Second Street, Booneville, Arkansas</u>
> A part of the SE 1/4 of the SW 1/4 and part of the SW 1/4 of the SE 1/4 of Section 36, T-6-N, R-28-W in Logan County, Arkansas and being more particularly described as beginning at the SE corner of the SE 1/4 of the SW 1/4; thence N 89 deg 42' 28" W, a distance of 396.00 feet; thence North, a distance of 650.00 feet; thence S 89 deg 42'0011 E, a distance of 276.00 feet; thence South, a distance of 50.00 feet; thence S 89 deg 42' 00" E, a distance of 120.00 feet; thence South, a distance of 27.50 feet; thence S 89 deg 42' 17" E, a distance of 660.00 feet; thence South, a distance of 572.50 feet; thence N 89 deg 42' 00" W, a distance of 660.00 feet to the POINT OF BEGINNING; said described tract containing 14.44 Acres, more or less.

Plaintiffs elected not to proceed with the sale of this property as part of these proceedings, which was previously scheduled for October 1, 2014, and the U.S. Marshal Service is hereby relieved of any further responsibilities in connection with the above-described property.

**ENTERED this 29th day of July 2015.**

                                                          /s/   Barry A. Bryant
                                                          HON. BARRY A. BRYANT
                                                          U.S. MAGISTRATE JUDGE