IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SPENCER ONDRISEK and                                                                        PLAINTIFF
SETH CALAGNA

vs.                                    Civil No. 4:08-cv-04113

BERNIE LAZAR HOFFMAN                                                 DEFENDANT
a/k/a TONY ALAMO

## ORDER FOR REVIVAL OF AMENDED FINAL JUDGMENT

**THIS MATTER** having come before the Court upon motion of the Plaintiffs to revive the judgment entered on December 5, 2012 in this action, and it further appearing that notice of said motion was duly given to all counsel of record.

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Revival of Amended Final Judgment be, and hereby is, **GRANTED**, and the judgment rendered in this action on December 5, 2012, is hereby revived with like force and effect as if rendered upon this date.

**IT IS FURTHERED ORDERED** that there is now due upon the said judgment the approximate amount of $29,862,000.00, plus interest at the legal rate, plus court costs incurred by Plaintiffs.

**SIGNED** this **5th day of December 2022.**

*/s/ Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

HEATHER BURNS, Clerk of Court

*/s/ Marcie Long*
BY: Marcie Long, Deputy Clerk